Y. M. WEE *v.* EMMA M. NAKUINA, ET AL.

No. 1614.

APPEAL FROM CIRCUIT JUDGE FIRST CIRCUIT.
HON. F. ANDRADE, JUDGE.

ARGUED MARCH 17, 1926.                    DECIDED MARCH 22, 1926.

PERRY, C. J., LINDSAY AND BANKS, JJ.

*Per Curiam.* This is an appeal from a decree requiring the appellants, mortgagors, in a suit to foreclose a mortgage, to pay to the appellee, mortgagee, an attorney's fee in the sum of $750. The essential facts before us are so similar to those in *Bowen* v. *Nakuina,* 21 Haw. 470, as to render that case entirely applicable and upon this authority the decree of the court below is affirmed.

*A. G. M. Robertson* (*Robertson & Castle* and *W. J. Robinson* on the brief) for petitioner-appellee.

*A. G. Smith* (*Smith & Wild* on the briefs) for respondents-appellants.